# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| **JONATHAN J. BART** | **:** | **CIVIL ACTION** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **FIRST LIBERTY INSURANCE CORP.** | **:** | **NO. 09-1324** |


## O R D E R


**AND NOW, TO WIT:**   This 3rd day of December, 2009, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, and without costs.


**MICHAEL E. KUNZ**, Clerk of Court


**BY:**   */s/ Jean M. Pennie*

Jean M. Pennie
Deputy Clerk


Civ 2 (8/2000)
41(b).frm